AO91 (Rev. 12/03)  Criminal Complaint                                     AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **vs.** | |
| | Case Number: 7:15-po-01604 |

Gabriel ZARCO-Gamino
IAE A202 137 169
Mexico 1988

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about  **February 08, 2015**  in _____**Hidalgo**_____ County, in the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title ____**8**____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

**Gabriel ZARCO-Gamino was encountered by Border Patrol Agents near Hidalgo, Texas on February 12, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on February 8, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes    ☒ No

/S/  Cortez, Eduardo  Border Patrol Agent
Signature of Complainant

Cortez, Eduardo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 13, 2015 _____     at   McAllen, Texas _____
Date                                                              City/State

Dorina Ramos            U.S. Magistrate Judge        _____
Name of Judge           Title of Judge                 Signature of Judge